```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02331-HWV
Leniel Roque                                                        Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk           Page 1 of 2          Date Rcvd: Jul 03, 2019
                              Form ID: ntcnfhrg         Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
```
db            +Leniel Roque,    1937 Park Street,    Harrisburg, PA 17103-2539
5204759       +AT&T mobile phone services,    4600 Jonestown Rd.,    Harrisburg, PA 17109-6214
5204758       +American Coradius International Group, L,    2420 Sweet Home Rd.,    Suite 150,
                Amherst, NY 14228-2244
5204761       +Best Buy,    5000 Jonestown Rd.,    Harrisburg, PA 17112-2921
5204762       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5204770       +CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
5204769       +Carmax Auto Finance,    Att: Bankruptcy,    PO Box 440609,    Kennesaw, GA 30160-9511
5204771        Dauphin County Tax Claim Bureau,    1st Fl Dauphin County Admin Bldg,
                2 S. Second Street, P.O. Box 1295,    Harrisburg, PA 17108-1295
5204773       +Fay Servicing,    Attn: Bankruptcy Dept.,    PO Box 809441,    Chicago, IL 60680-9441
5204775       +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence,    701 Market Street,
                Philadelphia, PA 19106-1538
5204776       +Lendmark Finanacial Services,    1735 North Brown Road,    Suite 300,
                Lawrenceville, GA 30043-8228
5204782       +PP&L,    1925 Greenwood St,    Harrisburg, PA 17104-2342
5204784       +Sunrise Credit Services,    P.O. Box 9100,    Farmingdale, NY 11735-9100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 19:34:12
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5204757       +E-mail/Text: ally@ebn.phinsolutions.com Jul 03 2019 19:24:55     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
5204760       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jul 03 2019 19:25:36     Berks Credit & Coll,
                900 Corporate Dr,    Reading, PA 19605-3340
5204768       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 03 2019 19:34:17     CACH, LLC,
                4340 S. Monaco St.,    Suite 400,    Denver, CO 80237-3485
5204772       +E-mail/Text: bknotice@ercbpo.com Jul 03 2019 19:25:17     Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
5204774       +E-mail/Text: cio.bncmail@irs.gov Jul 03 2019 19:24:59     Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
5212469        E-mail/Text: ktramble@lendmarkfinancial.com Jul 03 2019 19:24:53
                Lendmark Financial Services llc,    2118 usher street nw,    covington, GA 30014
5204777       +E-mail/Text: Bankruptcies@nragroup.com Jul 03 2019 19:25:34     National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
5204778        E-mail/Text: Bankruptcies@nragroup.com Jul 03 2019 19:25:34     National Recovery Agency,
                P.O. Box 67015,    Harrisburg, PA 17106-7015
5204780       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 19:34:02     One Main Financial,
                6049 Allentown Blvd.,    Harrisburg, PA 17112-2672
5204781       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 19:34:02     Onemain,    Po Box 499,
                Hanover, MD 21076-0499
5212051        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2019 19:25:13
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
5204783       +E-mail/PDF: cbp@onemainfinancial.com Jul 03 2019 19:34:26     Springleaf,    3809 Paxton St.,
                Harrisburg, PA 17111-1400
5214052       +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 19:34:06     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5204767         Cach Llc
5204764*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5204765*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5204766*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5204763*       +Bureau of Account Management,    3607 Rosemont Ave,    Suite 502,    Camp Hill, PA 17011-6943
5204779*        National Recovery Agency,    P.O. Box 67015,    Harrisburg, PA 17106-7015
                                                                                 TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:

      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
      Michael Joshua Shavel    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com, lcampbell@hillwallack.com;mosbeck@hillwallack.com
      Stephen Wade Parker    on behalf of Debtor 1 Leniel  Roque Mooneybkecf@gmail.com, R61895@notify.bestcase.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                   TOTAL: 5

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Leniel Roque, | Chapter 13 |
| **Debtor 1** | Case No. 1:19−bk−02331−HWV |

### Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.**

| United States Bankruptcy Court | Date: |
|---|---|
|  | Time: |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 3, 2019 |

ntcnfhrg (03/18)