```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                        Case No. 19-02331-HWV
Leniel Roque                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: PamelaRad          Page 1 of 1              Date Rcvd: Dec 02, 2019
                               Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.
                 FISHER AUTO PARTS,    512 GREENVILLE AVE,    P.O. BOX 2246,    STAUNTON, VA 24402-2246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com
              Michael Joshua Shavel    on behalf of Creditor    Wilmington Trust, National Association, not in
               its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
               jrydzewski@HillWallack.com;skenny@hillwallack.com
              Stephen Wade Parker    on behalf of Debtor 1 Leniel  Roque Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                         TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LENIEL ROQUE  
         DEBTOR

CASE NO.: 1:19-BK-02331 HWV  
CHAPTER 13

## ORDER TO PAY TRUSTEE

Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court the entity from whom the Debtor, Leniel Roque, receives income:

**FISHER AUTO PARTS**  
**512 GREENVILLE AVE**  
**P.O. BOX 2246**  
**STAUNTON, VA 24402-2246**

shall deduct from said income the sum of $1,210.00 from each monthly pay check, or $605.00 from each bi-monthly pay check, or $558.46 from each bi-weekly pay check, or $279.23 from each weekly pay check, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**CHARLES J. DEHART III ESQUIR3**  
**P.O. BOX 7005**  
**LANCASTER, PA 17604**

**IT IS FURTHER ORDERED** that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

**IT IS FURTHER ORDERED** that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: December 2, 2019

By the Court,

_/s/ Henry W. Van Eck_  
Henry W. Van Eck, Bankruptcy Judge (JH)

Case 1:19-bk-02331-HWV    Doc 34    Filed 12/04/19    Entered 12/05/19 00:41:23    Desc
Imaged Certificate of Notice    Page 2 of 2