vIN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LENIEL ROQUE          CHAPTER 13
          DEBTOR           CASE NO.: 1:19-bk-02331

**NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

    Kindly enter my appearance on behalf of Debtor Leniel Roque for the above referenced case.

                                                **By: /s/ Nicholas G. Platt**_____
                                                Nicholas G. Platt 327239
                                                MOONEY LAW
                                                230 York Street
                                                Hanover, PA 17331
                                                ngp@mooney4law.com
                                                (717) 632-4656 Phone
                                                (717) 632-3612 Fax

Dated: February 11, 2021