IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>LENIEL ROQUE,<br>       Debtor,<br><br><br>CONSUMER PORTFOLIO SERVICE, INC.<br><br>       Movant,<br><br>   v.<br><br>LENIEL ROQUE,<br>DREW HELENA ROQUE, and<br>JACK N ZAHAROPOULOS, Trustee.<br>       Respondents. | Bankruptcy No. 1:19-bk-02331-HWV<br><br>Chapter 13<br><br>Document No. 58 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO THE AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 58)

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Amended Motion for Relief from the Automatic Stay and Co-Debtor Stay, filed at Doc. No. 56, and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than July 6, 2023.

       It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

       Respectfully submitted,

       BERNSTEIN-BURKLEY, P.C.

       By: /s/*Keri P. Ebeck*
       Keri P. Ebeck, Esq.
       PA I.D. # 91298
       kebeck@bernsteinlaw.com
       601 Grant Street, 9th Floor
       Pittsburgh, PA 15219
       Phone - (412) 456-8112
       Fax - (412) 456-8135

       *Counsel for Consumer Portfolio Services, Inc.*

Dated: July 7, 2023