United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Leniel Roque

    Debtor

Case No. 19-02331-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: pdf010 | Total Noticed: 0 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID**      **Bypass Reason**      **Name and Address**
     ##+      Drew Helena Roque, 1937 Park Street, Harrisburg, PA 17103-2539

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

**Name**      **Email Address**

Jack N Zaharopoulos
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com

Kaitlin Shire
     on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kshire@hillwallack.com,
     ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P Ebeck
     on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com,

jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com

Michael Joshua Shavel

on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com,
ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Nicholas G. Platt

on behalf of Debtor 1 Leniel Roque ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Stephen Wade Parker

on behalf of Debtor 1 Leniel Roque wparker@etzweilerwithers.com  Parker.WadeR106314@notify.bestcase.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 1:19-bk-02331-HWV |
| LENIEL ROQUE, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICE, INC. | |
| Movant, | |
| v. | |
| LENIEL ROQUE, DREW HELENA ROQUE, and JACK N ZAHAROPOULOS, Trustee. Respondents. | |

ORDER OF COURT

Upon consideration of the foregoing Amended Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc., in the 2016 Kia Optima Sedan 4D LX, VIN# 5XXGT4L36GG027974.

Movant is further granted relief from the co-debtor stay pursuant 11 U.S.C. § 1301 (c) to recover from Co-Debtor, Drew Helena Roque, any amounts that remain due and owing pursuant to the underlying Retail Installment Contract and Security Agreement subsequent to the sale of the collateral.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 10, 2023