## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Leniel Roque

                      Case No.:1-19-02331HWV

                      Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1:  MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Fay |
| Court Claim Number: | 6 |
| Last Four of Loan Number: | 5967 |
| Property Address if applicable: | 1937 Park St |

### PART 2:  CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $0.00 |

### PART 3:  POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee July 2019 and  December 2019 | |
| Current monthly mortgage payment: | $631.98 |
| The next post-petition payment was due on: | January 2020 |

### PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  August 14, 2024                                                       Respectfully submitted,


                                        /s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Leniel Roque

Case No.:1-19-02331HWV

Chapter 13

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on August 14, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Nicholas G. Platt, Esquire
Mooney Law
230 York St
Hanover PA 17331

**Served by First Class Mail**
Fay Servicing, LLC
Bankruptcy Dept
PO Box 814609
Dallas TX 75381-4609

Leniel Roque
1411 Sarah St
Harrisburg PA 17112

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 14, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case 1:19-bk-02331-HWV    Doc 67    Filed 08/14/24    Entered 08/14/24 10:10:12    Desc
Page 3 of 4

# Disbursements for Claim

**Case:** 19-02331   **LENIEL ROQUE**

**FAY SERVICING, LLC**
PO BOX 814609

DALLAS, TX   75381-4609

Acct No: 5967

SURR'S 2ND AP

Sequence: 07
Modify:
Filed Date:
Hold Code: X

|  |  |  | Debt: | $35,374.92 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: |  | $60,017.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $631.98 |  | Paid: | $1,255.98 | Balance Due: | $34,118.94 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5010** | **FAY SERVICING, LLC** |  |  |  |  |  |  |  |
| 501-0 | FAY SERVICING, LLC |  | 12/12/2019 | 1210823 | $627.99 | $0.00 | $627.99 | 12/20/2019 |
|  |  |  |  |  |  | Payment for 12/2019 |  |  |
| 501-0 | FAY SERVICING, LLC |  | 11/07/2019 | 1209503 | $627.99 | $0.00 | $627.99 | 11/25/2019 |
|  |  |  |  |  |  | Payment for 7/2019 |  |  |
|  |  |  |  | Sub-totals: | $1,255.98 | $0.00 | $1,255.98 |  |
|  |  |  |  | Grand Total: | $1,255.98 | $0.00 |  |  |