In re:   Case No. 19-02331-HWV

Leniel Roque   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Aug 12, 2024     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Leniel Roque, 1937 Park Street, Harrisburg, PA 17103-2539 |
| 5204759 | + | AT&T mobile phone services, 4600 Jonestown Rd., Harrisburg, PA 17109-6205 |
| 5204758 | + | American Coradius International Group, L, 2420 Sweet Home Rd., Suite 150, Amherst, NY 14228-2244 |
| 5204761 | + | Best Buy, 5000 Jonestown Rd., Harrisburg, PA 17112-2921 |
| 5204771 | + | Dauphin County Tax Claim Bureau, 1st Fl Dauphin County Admin Bldg, 2 S. Second Street, P.O. Box 1295, Harrisburg, PA 17101-2047 |
| 5204782 | + | PP&L, 1925 Greenwood St, Harrisburg, PA 17104-2342 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 12 2024 22:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5204757 | + | EDI: GMACFS.COM | Aug 12 2024 22:41:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 5204760 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 12 2024 18:43:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 5204762 | ^ | MEBN | Aug 12 2024 18:37:36 | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5204768 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 18:41:29 | CACH, LLC, 4340 S. Monaco St., Suite 400, Denver, CO 80237-3485 |
| 5231629 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2024 18:41:59 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5204769 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Aug 12 2024 18:42:00 | Carmax Auto Finance, Att: Bankruptcy, PO Box 440609, Kennesaw, GA 30160 |
| 5204770 | ^ | MEBN | Aug 12 2024 18:37:27 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 5204772 | + | Email/Text: bknotice@ercbpo.com | Aug 12 2024 18:43:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 5204773 | | Email/Text: ECF@fayservicing.com | Aug 12 2024 18:42:00 | Fay Servicing, Attn: Bankruptcy Dept., PO Box 809441, Chicago, IL 60680 |
| 5204774 | + | EDI: IRS.COM | Aug 12 2024 22:41:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5204775 | ^ | MEBN | Aug 12 2024 18:37:24 | KML Law Group, P.C., Suite 5000 BNY Mellon Independence, 701 Market Street, Philadelphia, PA 19106-1538 |
| 5212469 | | Email/Text: bk@lendmarkfinancial.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5204776 | + | Email/Text: bk@lendmarkfinancial.com | Aug 12 2024 18:42:00 | Lendmark Financial Services llc, 2118 usher street nw, covington, GA 30014 |
| | | | Aug 12 2024 18:42:00 | Lendmark Finanacial Services, 1735 North Brown Road, Suite 300, Lawrenceville, GA 30043-8228 |
| 5204777 | + | Email/Text: Bankruptcies@nragroup.com | Aug 12 2024 18:43:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5204778 | | Email/Text: Bankruptcies@nragroup.com | Aug 12 2024 18:43:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5204780 | + | EDI: AGFINANCE.COM | Aug 12 2024 22:41:00 | One Main Financial, 6049 Allentown Blvd., Harrisburg, PA 17112-2672 |
| 5204781 | + | EDI: AGFINANCE.COM | Aug 12 2024 22:41:00 | Onemain, Po Box 499, Hanover, MD 21076-0499 |
| 5232652 | | EDI: PRA.COM | Aug 12 2024 22:41:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5232651 | | EDI: PRA.COM | Aug 12 2024 22:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5212051 | | EDI: PENNDEPTREV | Aug 12 2024 22:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5212051 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2024 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5204783 | | EDI: AGFINANCE.COM | Aug 12 2024 22:41:00 | Springleaf, 3809 Paxton St., Harrisburg, PA 17111 |
| 5204784 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 12 2024 18:42:00 | Sunrise Credit Services, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5214052 | ^ | MEBN | Aug 12 2024 18:37:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5220643 | + | Email/Text: ECF@fayservicing.com | Aug 12 2024 18:42:00 | Wilmington Trust, National Association, c/o Fay Servicing, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5204767 | | Cach Llc |
| 5204764 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5204765 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5204766 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5204763 | *+ | Bureau of Account Management, 3607 Rosemont Ave, Suite 502, Camp Hill, PA 17011-6943 |
| 5204779 | * | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com |
| Kaitlin Shire | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 kshire@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor Consumer Portfolio Services Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michael Joshua Shavel | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Nicholas G. Platt | on behalf of Debtor 1 Leniel Roque ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 1 Leniel Roque wparker@etzweilerwithers.com Parker.WadeR106314@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leniel Roque** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8062 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:  1:19-bk-02331-HWV | | |

# Order of Discharge                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Leniel Roque

**By the court:**  *[signature]*

8/12/24

   Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　　　　**Chapter 13 Discharge**　　　　　　　　　page 2