**Fill in this information to identify the case:**

Debtor 1    Leniel Roque

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle     District of  Pennsylvania
                                                   (State)

Case number     1:19-bk-02331-HWV

## Form 4100R

# Response to Notice of Final Cure Payment

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of creditor:** Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 6 7

**Property address:** 1937 Park St
                Number     Street

                Harrisburg, Pennsylvania 17103
                City                   State    ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
| --- | --- |

*Check one:*

\*☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.   \*N/A (relief granted on 04/14/2020 and property was surrendered in amended plan)

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

| **Part 3:** | **Postpetition Mortgage Payment** |
| --- | --- |

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____   \*N/A (relief granted on 04/14/2020 and property was
                                     MM / DD / YYYY     surrendered in amended plan)

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:     (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.  **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
                                   MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| ✖ /s/ Angela C. Pattison | | Date | 09 / 04 / 2024 |
|---|---|---|---|
| Signature | | | |

| Print | Angela C. Pattison | Title | Creditor's Counsel |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Company | Hill Wallack LLP |
|---|---|

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 1415 Route 70 East, Suite 309 |
|---|---|
| | Number    Street |
| | Cherry Hill, NJ 08034 |
| | City    State    ZIP Code |

| Contact phone | ( 856 ) 616 – 8086 | Email | apattison@hillwallack.com |
|---|---|---|---|

Case 1:19-bk-02331-HWV    Doc 69    Filed 09/04/24    Entered 09/04/24 13:40:33    Desc
Main Document    Page 2 of 3

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Harrisburg)

| | |
|---|---|
| IN RE:<br>**Leniel Roque**<br>     Debtor | CHAPTER 13<br><br>CASE NO.: 1:19-bk-02331-HWV |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 4, 2024 service was made upon all interested parties, indicated below of (i) Response to Final Cure Notice in the manner indicated below:

| | |
|---|---|
| **Leniel Roque**<br>1937 Park Street<br>Harrisburg, PA 17103<br>**Debtor(s)**<br>**Via Regular Mail** | **Jack N Zaharopoulos, III (Trustee)**<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>**Chapter 13 Trustee**<br>**Via ECF** |
| **Nicholas G. Platt**<br>Mooney Law<br>230 York Street<br>Hanover, PA 17331<br>**Counsel for Debtor**<br>**Via ECF** | **Asst. U.S. Trustee**<br>**United States Trustee**<br>US Courthouse<br>1501 N. 6th St.<br>Harrisburg, PA 17102<br>**Via ECF** |

Respectfully submitted,
*By:  /s/ Angela C. Pattison, Esq.*
 Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com